Nossaman LLP
John T. Kennedy (CA137738)
jkennedy@nossaman.com
Robert S. McWhorter (CA226186)
rmcwhorter@nossaman.com
915 L Street, Suite 1000
Sacramento, CA 95814
Telephone:  916.442.8888
Facsimile:  916.442.0382

Attorney for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION
as Receiver for IndyMac Bank, F.S.B.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID HARTGRAVES, CATHY HARTGRAVES,<br><br>             Plaintiffs,<br><br>     vs.<br><br>INDYMAC BANK; FDIC as Receiver for IndyMac Bank, F.S.B.; and ONE WEST; NDEx West, LLC, ONE WEST BANK, and DOES 1-50, Inclusive,<br><br>             Defendants. | Case No: 2:09-cv-02064-FCD-KJM<br><br>**ORDER STAYING CASE PENDING COMPLETION OF ADMINISTRATIVE CLAIMS PROCESS** |

This matter came before this Court on the Stipulation Staying Case (the "Stipulation") between the Federal Deposit Insurance Corporation ("FDIC-R"), as Receiver of Defendant IndyMac Bank, F.S.B. and Plaintiffs, David Hartgraves and Cathy Hartgraves ("Plaintiffs").  Plaintiffs represent that they have filed an administrative claim with the FDIC-R relating to this case.  This Court finds that good cause exists to enter this Order.

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby approved. This case is hereby stayed until the administrative process, proscribed by 12 U.S.C. § 1821(d)(3) - (d)(13), has been completed. Counsel for the FDIC-R shall notify the Court when the administrative process has been completed. Should the administrative process not be completed within 180 days, counsel for the FDIC-R shall so advise the court and provide a status report.

2. Upon notification by counsel for the FDIC-R that the administrative process proscribed by 12 U.S.C. § 1821(d)(3) - (d)(13) has been completed, **the parties shall file a Joint Status Report pursuant to the Order Requiring a Joint Status Report within thirty (30) days**. **Defendants shall also file an answer or other responsive pleading to the Complaint within thirty (30) days of notification to the Court that the administrative process has been completed.**

Date: September 15, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE